UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| AIROJET CHARTERS, INC., a Nevada corporation, and CSSJ AVIATION, LLC, an Arkansas Limited Liability Company, | CASE NO.: 10-61671-CIV-MORENO/BROWN |
| Plaintiffs/Counter-Defendants, | |
| v. | |
| CATLIN INSURANCE COMPANY, INC., a Texas corporation, | |
| Defendant/Counter-Plaintiff. _____ / | |

## NOTICE OF SETTLEMENT

The Plaintiffs, AIROJET CHARTERS, INC., and CSSJ AVIATION, LLC, and the Defendant, CATLIN INSURANCE COMPANY, INC., hereby notify the Court that they have reached an amicable resolution to this matter resolving all issues pending before the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice s of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

596673v1 993774.0001

Airojet Charter, et al v. Catlin Insurance Company
Case No.: 10-61671-CIV-MORENO/BROWN

>Respectfully submitted,
>
>Fred C. Begy, III (Admitted *pro hac vice*)
>Email: fbegy@Chuhak.com
>Carri A. Conlon (Admitted *pro hac vice*)
>Email: cconlon@Chuhak.com
>Chuhak & Tecson, P.C.
>30 S. Wacker Drive, Suite 2600
>Chicago, IL  60606
>Telephone: (312) 444-9300
>
>-And-
>
>**/s/ Edward R. Curtis, Esquire**
>Edward R. Curtis, Florida Bar No. 236845
>Email:  erc@trippscott.com
>TRIPP, SCOTT, P.A.
>110 SE 6th Street, 15th Floor
>Fort Lauderdale, Florida 33301
>Telephone:  (954) 525-7500
>Facsimile:  (954) 761-8475
>Attorneys for Plaintiff

Airojet Charter, et al v. Catlin Insurance Company
Case No.: 10-61671-CIV-MORENO/BROWN

## SERVICE LIST

### Airojet Charters, Inc. and CSSJ Aviation, LLC v. Catlin Insurance Company, Inc.
### Case No. 10-61671-CIV-MORENO/TORRES

### United States District Court, Southern District of Florida


Gregory P. Sreenan (F.L. Bar No. 473553)
Email:  sreenanpa@bellsouth.net
Sreenan & Associates, P.A.
44 West Flagler Street, Suite 1720
Miami, Florida  33130
Telephone:  (305) 374-4170
Attorney for Defendant
Transmission of Notices of Electronic Filing generated by CM/ECF


Jennifer F. Perdigao, Esquire
Email:  jperdigao@tresslerllp.com
Tressler, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone:  (310) 203-4850
Attorney for Defendant
Transmission of Notices of Electronic Filing generated by CM/ECF